UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

In re: William M. Webster  
Laura L. Webster

Chapter 13  
Case No.: 23-11173

**REQUEST TO AMEND UNCONFIRMED CHAPTER 13 PLAN**

1. This request to amend an unconfirmed Chapter 13 Plan supersedes all prior requests to amend the Plan and includes all proposed amendments. Terms not fully stated here or in the original Plan are not part of the Plan.

2. Service: A certificate of service must be filed with this request for plan amendment, together with the amended Western Wisconsin Local Form 3015-1.1.

3. Designate one of the following:

    X̲  A copy of this proposed amendment has been served on the parties (the debtor, the trustee, the United States Trustee and all creditors) as required by Fed. R. Bank. P. 3015(g); or

    ___  A motion requesting limited service is being filed simultaneously with the Court.

4. I request the following amendment of the Chapter 13 Plan filed with the Court:

    Section II, A Monthly Plan Payment:
    The total amount of estimated payments to the trustee: $106,680.00

All remaining terms of the original Chapter 13 plan are unaffected. In the event of a conflict between the terms of the original Plan and the terms of this amendment, the terms of this amendment will control.

WHEREFORE, each Debtor requests the Court approve this proposed amendment to the original Chapter 13 Plan.

Local Form No. 3015-1.2    12/01/2017

UNITED STATES BANKRUPTCY COURT, WESTERN DISTRICT OF WISCONSIN

www.wiwb.uscourts.gov

**CHAPTER 13 PLAN (Individual Adjustment of Debts)**

☐ _____ Original Plan
☒ 1st _____ Amended Plan (Indicate 1st, 2nd, etc. Amended, if applicable)
☐ _____ Modified Plan (Indicate 1st, 2nd, etc. Modified, if applicable)

DEBTOR: William M. Webster    JOINT DEBTOR: Laura L. Webster    CASE NO.: 23-11173
SS#: xxx-xx-7883              SS#: xxx-xx-2715

## I. NOTICES

**To Debtors:** Plans that do not comply with local rules and judicial rulings may not be confirmable. All plans, amended plans and modified plans shall be served upon all creditors and a certificate of service filed with the Clerk pursuant to Local Rules 3015-1, 3015-2, and 3015-3.

**To Creditors:** Your rights may be affected by this plan. You must file a timely proof of claim in order to be paid. Your claim may be reduced, modified or eliminated.

**To All Parties:** The plan contains no nonstandard provisions other than those set out in paragraph VIII. Debtor(s) must check one box on each line listed below in this section to state whether the plan includes any of the following:

| | | |
|---|---|---|
| The valuation of a secured claim, set out in Section III, which may result in a partial payment or no payment at all to the secured creditor | ☒ Included | ☐ Not included |
| Avoidance of a judicial lien or nonpossessory, nonpurchase-money security interest, set out in Section III | ☐ Included | ☒ Not included |
| Nonstandard provisions, set out in Section VIII | ☐ Included | ☒ Not included |

**TO ALL PARTIES:**
Unless otherwise provided for in this plan, the Trustee shall disburse payments in the following order: administrative expenses including trustee and attorney fees, secured claims, priority claims, general unsecured claims.

## II. PLAN PAYMENTS, LENGTH OF PLAN AND DEBTOR(S)' ATTORNEY'S FEE

**A. MONTHLY PLAN PAYMENT:** This Plan pays for the benefit of the creditors the amounts listed below, including trustee's fees beginning 30 days from the filing/conversion date. Debtor(s) will make payments by employer wage order, unless otherwise specified herein. The payments must be made for the Applicable Commitment Period, either 36 or 60 months, or for a shorter period that is sufficient to pay allowed nonpriority unsecured claims in full.

1. $1,778.00 for 60 months;
2. $0.00 for 0 months;
3. $0.00 for ___ months;
4. $0.00 for ___ months;
5. $0.00 for ___ months;
6. $0.00 for ___ months;
7. $0.00 for ___ months;

The total amount of estimated payments to the trustee: $106,680.00

**B. DEBTOR(S)' ATTORNEY'S FEE:**   ☐ NONE   ☐ PRO BONO

| Total Fees: | $4500.00 | Total Paid: | $0.00 | Balance Due: | $4500.00 |
|---|---|---|---|---|---|
| Payable | $0.00 | /month (Months ___ to ___ ) | | | |

### III. TREATMENT OF SECURED CLAIMS

#### A. SECURED CLAIMS: ☐ NONE

[Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Lien on Real or Personal Property:

1. Creditor: Citizens Bank NA
   Address: PO Box 2800
   Glen Allen, VA 23059
   Arrearage/ Payoff on Petition Date: 60,000 / 266,351.77
   [Select Payment Type]: $0.00 /month

   Account No.:
   Other: Arrears paid at 0% interest, pro rata

   ☒ Real Property
     ☒ Principal Residence
     ☐ Other Real Property

   Check one below for Real Property:
     ☒ Escrow is included in the regular payments
     ☐ The debtor(s) will pay  ☐ taxes  ☐ insurance directly

   Address of Collateral:
   2339 Monroe St
   Madison, WI 53711

   ☐ Personal Property/Vehicle
   Description of Collateral:

2. Creditor: Dane County Treasurer
   Address: P.O. Box 1299
   Madison WI 53701
   Arrearage/ Payoff on Petition Date: $402.52
   [Select Payment Type]: $0.00 /month

   Account No.:
   Other: Real Estate Taxes - Paid at 12% interest, pro rata

   ☒ Real Property
     ☐ Principal Residence
     ☐ Other Real Property

   Check one below for Real Property:
     ☐ Escrow is included in the regular payments
     ☐ The debtor(s) will pay  ☐ taxes  ☐ insurance directly

   Address of Collateral:
   2339 Monroe St
   Madison, WI 53711

   ☐ Personal Property/Vehicle
   Description of Collateral:

#### B. VALUATION OF COLLATERAL: ☐ NONE

IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED UPON YOU PURSUANT TO BR 7004 AND LR 3015-1.

1. REAL PROPERTY: ☒ NONE
2. VEHICLES(S): ☐ NONE

| 1. Creditor: Santander Consumer USA | Value of Collateral: $23,000.00 | **Payment** |
|---|---|---|
| Address: 1601 Elm Street, Suite 800 Dallas TX 75201 | Amount of Creditor's Lien: $34,096.63 | Total paid in plan: $28,146.60 |
| Account No.:9135 | Interest Rate: 8.25% | $469.11 /month |
| VIN: 5UXKR0C59H0U51816 | | Adequate Protection Payment: $0.00 |
| Description of Collateral: 2019 BMW | | Equal Monthly Payment: $0.00 |
| Check one below: ■ Claim incurred 910 days or more pre-petition ☐ Claim incurred less than 910 days pre-petition | | |

3. **PERSONAL PROPERTY:** ■ NONE

C. **LIEN AVOIDANCE** ☐ NONE

■ Judicial liens or nonpossessory, nonpurchase money security interests securing the claims will be avoided to the extent that they impair the exemptions under 11 U.S.C. § 522 as listed below. A separate motion will also be served pursuant to BR 7004 and LR 3015-1.

| 1. Creditor: | Collateral: |
|---|---|
| Address: | Exemption: |
| Account No.: | |

D. **SURRENDER OF COLLATERAL:** Secured claims filed by any creditor granted stay relief in this section shall not receive a distribution fom the Chapter 13 Trustee.

■ NONE

E. **DIRECT PAYMENTS SECURED CLAIMS:**

☐ NONE

■ The debtor(s) elect to make current payments directly to each secured creditor listed below. Nothing herein is intended to terminate or abrogate the debtor(s)' state law contract rights.

| | Name of Creditor | Last 4 Digits of Account No. | Description of Collateral (Address, Vehicle, etc.) |
|---|---|---|---|
| 1. | Citizens Bank | | 2339 Monroe St. Madison, WI 53711 |
| 2. | UW Credit Union | 9203 | 2339 Monroe St. Madison, WI 53711 |

IV. **TREATMENT OF FEES AND PRIORITY CLAIMS** [as defined in 11 U.S.C. §507 and 11 U.S.C. § 1322(a)(4)]

   A. **ADMINISTRATIVE FEES OTHER THAN DEBTORS(S)' ATTORNEY'S FEE:** ■ NONE

   B. **PRIORITY TAX CLAIMS:** ■ NONE

   C. **DOMESTIC SUPPORT OBLIGATION(S):** ■ NONE

   D. **OTHER:** ■ NONE

V. **TREATMENT OF UNSECURED NONPRIORITY CREDITORS**

   A. Pay $0.00 /month

   Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

   B. ☐ If checked, the Debtor(s) will amend/modify to pay 100% to all allowed unsecured nonpriority claims.

   C. **SEPARATELY CLASSIFIED:** ☐ NONE

| 1. Name of Creditor: Educators Credit Union |
|---|
| Payment Address: 1326 Willow Road, Mt. Pleasant, WI 53177 |
| Account No.: 7380 |
| Basis for Separate Classification 1322(b)(1) Joint Debtor's Mother is co-signer on loan |
| Payable $60.58 /month |

*Debtor(s) certify the separate classification(s) of the claim(s) listed above will not prejudice other unsecured nonpriority creditors pursuant to 11 U.S.C. § 1322.

VI. **EXECUTORY CONTRACTS AND UNEXPIRED LEASES**: Secured claims filed by any creditor/lessor granted stay relief in this section shall not receive a distribution from the Chapter 13 Trustee.

☐ NONE

■ Unless provided for under a separate section, the debtor(s) request that upon confirmation of this plan, the automatic stay be terminated in rem as to the debtor(s) and in rem and in personam as to any codebtor(s) as to these creditors/lessors. Nothing herein is intended to terminate or abrogate the debtor(s)' state law contract rights.

| Name of Creditor | Collateral | Acct. No. | Assume/Reject |
|---|---|---|---|
| 1. AT&T | Cell Phone Contract | | ■ Assume ☐ Reject |

VII. **INCOME TAX RETURNS AND REFUNDS:** ☐ NONE

■ Debtor(s) will not provide tax returns unless requested by any interested party pursuant to 11 U.S.C. § 521.

☐ The debtor(s) is hereby advised that the chapter 13 trustee has requested that the debtor(s) comply with 521(f) 1-4 on an annual basis during the pendency of this case. The debtor(s) will not provide tax returns unless requested by any interested party pursuant to 11 USC 521. If returns are requested, the debtor(s) hereby acknowledge that the deadline for providing the Trustee with their filed tax returns is on or before May 15 of each year the case pending.

VIII. **NON-STANDARD PLAN PROVISIONS** ■ NONE

**PROPERTY OF THE ESTATE WILL VEST IN THE DEBTOR(S) UPON PLAN CONFIRMATION.**

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

| Debtor | Date | Joint Debtor | Date |
|---|---|---|---|
| William M. Webster | | Laura L. Webster | |

Attorney with permission to sign on Debtor(s)' behalf      Date 8/1/23

**By filing this document, the Attorney for Debtor(s) or Debtor(s), if not represented by counsel, certifies that the wording and order of the provisions in this Chapter 13 plan are identical to those contained in Local Form Chapter 13 Plan and the plan contains no nonstandard provisions other than those set out in paragraph VIII.**

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

In Re:

William M Webster
Laura L Webster

Case No. 23-11173

Debtor(s)

# NOTICE OF DEBTORS' REQUEST TO AMEND UNCONFIRMED CHAPTER 13 PLAN

**PLEASE TAKE NOTICE** that the above-named Debtors, William & Laura Webster, by their attorneys, Krekeler Law, S.C., have filed papers with the Court requesting to amend their unconfirmed Chapter 13 Plan, a copy of which is attached hereto and incorporated herein.

<u>**Your rights may be affected.**</u> **You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the court to eliminate or change your claim, then on or before **twenty-one days (21 Days)** from the date of this Notice you or your attorney must:

File with the court a written objection and request for hearing, explaining your objection to Debtors' Request to Amend Unconfirmed Chapter 13 Plan at:

United States Bankruptcy Court
120 North Henry Street
Madison, WI 53703

If you mail your objection to the court for filing, you must mail it early enough so the court will **receive** it on or before the date stated above.

You must also mail a copy to:

Attorney Noe J. Rincon
Krekeler Law S.C.
26 Schroeder Ct., Ste. 300
Madison, WI 53711

U.S. Trustee
780 Regent Street, Suite 304A
Madison, WI 53715

If you or your attorney does not take these steps, the court may decide that you do not oppose the Debtors' Request to Amend Unconfirmed Chapter 13 Plan and, therefore, may enter an order granting said Amended Chapter 13 Plan.

Dated this 1st day of August, 2023.

**KREKELER LAW, S.C.**

By: _____
Noe J. Rincon
State Bar No. 1124893
Attorneys for Debtors,
*William & Laura Webster*

**ADDRESS:**
26 Schroeder Ct., Ste. 300
Madison, WI 53711
(608) 258-8555
nrincon@ks-lawfirm.com

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

In Re:

William M Webster
Laura L Webster                                    Case No. 23-11173

        Debtor(s)

## AFFIDAVIT OF MAILING

STATE OF WISCONSIN   )
                     ) ss.
COUNTY OF DANE       )

The undersigned, being first duly sworn on oath, deposes and says that on the August 1, 2021, the undersigned electronically filed with the U.S. Bankruptcy Court Western District the Debtor's Request to Amend Unconfirmed Chapter 13 Plan, Notice of Request and Amended Chapter 13 Plan and the following received Notice vie ECF:

Office of the United State Trustee          Trustee Mark Harring
780 Regent Street, Suite 304A               131 W Wilson St Ste 1000
Madison, WI 53715                           Madison, WI 53703-3260

The undersigned, being first duly sworn on oath, deposes and says that on the August 1, 2021, the undersigned mailed, properly enclosed in a postpaid envelope, a copy of the Debtor's Request to Amend Unconfirmed Chapter 13 Plan, Notice of Request and Amended Chapter 13 Plan to all on the attached list and to:

William & Laura Webster
2339 Monroe St.
Madison, WI 53711

_____
Eddie Sanchez

Subscribed and sworn to before me
This 1st day of August, 2021

_____
Rebecca Isige, Notary Public,
State of Wisconsin
My commission expires: 8/16/2021

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0758-3<br>Case 3-23-11173-cjf<br>Western District of Wisconsin www.wiwb.uscour<br>Madison<br>Tue Aug  1 09:35:45 CDT 2023 | AT&T<br>Bankruptcy Department<br>P.O. Box 769<br>Arlington, TX 76004-0769 | (p)ASHLEY NELSON<br>ATTN JILLIAN CAGGIANO<br>225 S EXECUTIVE DRIVE<br>SUITE 201<br>BROOKFIELD WI 53005-4257 |
| Capital One<br>ATTN:  Bankruptcy Dept<br>P.O. Box 30285<br>Salt Lake City, UT 84130-0285 | CareCredit<br>P.O. Box 965035<br>Orlando, FL 32896-5035 | Citizens Bank NA<br>PO Box 2800<br>Glen Allen, VA 23058-2800 |
| Citizens Bank, N.A. f/k/a RBS Citizens N.A<br>c/o Codilis, Moody & Circelli, P.C.<br>15W030 North Frontage Road, Suite 200<br>Burr Ridge, IL 60527-6921 | Codilis, Moody, & Circelli PC<br>10437 Innovation Dr Ste 253<br>Milwaukee, WI 53226-4839 | Matthew L. Comella<br>Codilis, Moody, & Circelli, PC<br>10437 Innovation Dr Ste 253<br>Milwaukee, WI 53226-4839 |
| Dane County Clerk of Circuit Court<br>215 South Hamilton Street<br>Room 1000<br>Madison, WI 53703-3285 | Dane County Treasurer<br>P.O. Box 1299<br>Madison, WI 53701-1299 | (p)DELL FINANCIAL SERVICES<br>P O BOX 81577<br>AUSTIN TX 78708-1577 |
| (p)EDUCATORS CREDIT UNION<br>ATTN BANKRUPTCY DEPT<br>1326 WILLOW ROAD<br>MOUNT PLEASANT WI 53177-1917 | (p)MARK HARRING<br>ATTN STANDING TRUSTEE<br>122 WEST WASHINGTON AVENUE SUITE 500<br>MADISON WI 53703-2758 | IRS - Centralized Insolvency Operations<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 |
| Madison Pediatric Dental & Orthodontics<br>100 River Pl #110<br>Madison, WI 53716-4027 | Net Credit<br>PO Box 206766<br>Dallas, TX 75320-6766 | ONEMAIN<br>P.O. BOX 3251<br>EVANSVILLE, IN 47731-3251 |
| Office of the United States Trustee<br>780 Regent Street<br>Suite 304<br>Madison, WI 53715-2635 | OneMain Financial Group, LLC<br>601 NW Second Street<br>Evansville, IN 47708-1013 | Quantum3 Group LLC as agent for<br>Credit Corp Solutions Inc<br>PO Box 788<br>Kirkland, WA  98083-0788 |
| Noe Joseph Rincon<br>Krekeler Law S.C.<br>26 Schroeder Court, Suite 300<br>Madison, WI 53711-2503 | Santander Consumer USA<br>1601 Elm Street, Suite 800<br>Dallas, TX 75201-7260 | Santander Consumer USA Inc<br>P.O. Box 560284<br>Dallas, TX 75356-0284 |
| Secretary of Treasury<br>Treasury Department<br>1500 Pennsylvania Avenue N.W.<br>Washington, DC 20220-0001 | Securities and Exchange Commission<br>175 West Jackson Boulevard<br>Suite 900<br>Chicago, IL 60604-2908 | U.S. Trustee's Office<br>780 Regent Street, Suite 304<br>Madison, WI 53715-2635 |
| UW Credit Union<br>PO Box 44963<br>Madison, WI 53744-4963 | UW Health<br>PO Box 620993<br>Middleton, WI 53562-0993 | United States Treasury<br>Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 |

| | | |
|---|---|---|
| Unity Point Health<br>1776 West Lakes Parkway<br>Suite 400<br>West Des Moines, IA 50266-8378 | UnityPoint Health<br>PO Box 35758<br>Des Moines, IA 50315-0307 | Upstart<br>PO Box 1503<br>San Carlos, CA 94070-7503 |
| Upstart Network, Inc<br>PO BOX 1931<br>Burlingame, CA 94011-1931 | Laura L Webster<br>2339 Monroe St<br>Madison, WI 53711-1978 | William M Webster<br>2339 Monroe St<br>Madison, WI 53711-1978 |
| Wisconsin Department of Revenue<br>Special Procedures Unit<br>P.O. Box 8901<br>Madison, WI 53708-8901 | Wisconsin Department of Revenue<br>ATTN: Bankruptcy Unit, MS 5-144<br>PO Box 8901<br>Madison, WI 53708-8901 | Wisconsin Dept. of Workforce Development<br>Division of Unemployment Insurance<br>P.O. Box 8914<br>Madison, WI 53708-8914 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Attorney Ashley M. Nelson<br>Dobberstein Law Firm LLC<br>225 S Executive Dr Ste 201<br>PO Box 470<br>Brookfield, WI 53008 | Dell Financial Services<br>PO Box 81577<br>Austin, TX 78708-1577 | (d)Dell Financial Services, LLC<br>Resurgent Capital Services<br>PO Box 10390<br>Greenville, SC 29603-0390 |
| Educators Credit Union<br>1326 Willow Road<br>Mount Pleasant, WI 53177 | (d)Educators Credit Union<br>Attn: Bankruptcy Dept<br>1326 Willow Rd<br>Mt Pleasant, WI 53177 | Mark Harring<br>122 West Washington Ave.<br>Suite 500<br>Madison, WI 53703-2578 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Kathleen Pichotta

End of Label Matrix
Mailable recipients    38
Bypassed recipients     1
Total                  39