UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

In re: William M Webster  
      Laura L Webster

Chapter 13  
Case No.: 23-11173

**REQUEST TO AMEND UNCONFIRMED CHAPTER 13 PLAN**

1. This request to amend an unconfirmed Chapter 13 Plan supersedes all prior requests to amend the Plan and includes all proposed amendments. Terms not fully stated here or in the original Plan are not part of the Plan.

2. Service: A certificate of service must be filed with this request for plan amendment, together with the amended Western Wisconsin Local Form 3015-1.1.

3. Designate one of the following:

     ☒  A copy of this proposed amendment has been served on the parties (the debtor, the trustee, the United States Trustee and all creditors) as required by Fed. R. Bank. P. 3015(g); or

     ___  A motion requesting limited service is being filed simultaneously with the Court.

4. I request the following amendment of the Chapter 13 Plan filed with the Court:
   SEE ATTACHED

All remaining terms of the original Chapter 13 plan are unaffected. In the event of a conflict between the terms of the original Plan and the terms of this amendment, the terms of this amendment will control.

WHEREFORE, each Debtor requests the Court approve this proposed amendment to the original Chapter 13 Plan.

Local Form No. 3015-1.2    12/01/2017

**Santander Consumer USA** – was moved to **Section III, A, 3** from Section III, B, 1:

Payoff amount $33,735.12 to be paid at 10.25% interest. Equal monthly payments of $734 for 59 months.

## CHAPTER 13 PLAN (Individual Adjustment of Debts)

| | | |
|---|---|---|
| ☐ | _____ | Original Plan |
| ■ | 3rd _____ | Amended Plan (Indicate 1st, 2nd, etc. Amended, if applicable) |
| ☐ | _____ | Modified Plan (Indicate 1st, 2nd, etc. Modified, if applicable) |

DEBTOR: William M. Webster    JOINT DEBTOR: Laura L. Webster    CASE NO.: 23-11173

SS#: xxx-xx-7883    SS#: xxx-xx-2715

**I.    NOTICES**

To Debtors:   Plans that do not comply with local rules and judicial rulings may not be confirmable. All plans, amended plans and modified plans shall be served upon all creditors and a certificate of service filed with the Clerk pursuant to Local Rules 3015-1, 3015-2, and 3015-3.

To Creditors:   Your rights may be affected by this plan. You must file a timely proof of claim in order to be paid. Your claim may be reduced, modified or eliminated.

To All Parties:   The plan contains no nonstandard provisions other than those set out in paragraph VIII. Debtor(s) must check one box on each line listed below in this section to state whether the plan includes any of the following:

| | | |
|---|---|---|
| The valuation of a secured claim, set out in Section III, which may result in a partial payment or no payment at all to the secured creditor | ■ Included | ☐ Not included |
| Avoidance of a judicial lien or nonpossessory, nonpurchase-money security interest, set out in Section III | ☐ Included | ■ Not included |
| Nonstandard provisions, set out in Section VIII | ☐ Included | ■ Not included |

TO ALL PARTIES:
**Unless otherwise provided for in this plan, the Trustee shall disburse payments in the following order: administrative expenses including trustee and attorney fees, secured claims, priority claims, general unsecured claims.**

**II.    PLAN PAYMENTS, LENGTH OF PLAN AND DEBTOR(S)' ATTORNEY'S FEE**

   **A.    MONTHLY PLAN PAYMENT:** This Plan pays for the benefit of the creditors the amounts listed below, including trustee's fees beginning 30 days from the filing/conversion date. Debtor(s) will make payments by employer wage order, unless otherwise specified herein. The payments must be made for the Applicable Commitment Period, either 36 or 60 months, or for a shorter period that is sufficient to pay allowed nonpriority unsecured claims in full.

   1.  $1,778.00     for    1      months;
   2.  $2,019.00     for    59     months;
   3.  $0.00         for           months;
   4.  $0.00         for           months;
   5.  $0.00         for           months;
   6.  $0.00         for           months;
   7.  $0.00         for           months;

   The total amount of estimated payments to the trustee:   $120,899.00

   **B.    DEBTOR(S)' ATTORNEY'S FEE:**       ☐ NONE     ☐ PRO BONO

| Total Fees: | $4500.00 | Total Paid: | $0.00 | Balance Due: | $4500.00 |
|---|---|---|---|---|---|
| Payable | $0.00 | /month (Months ___ to ___ ) | | | |

**III.  TREATMENT OF SECURED CLAIMS**

   **A. SECURED CLAIMS:** ☐ NONE

[Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Lien on Real or Personal Property:

---

1. Creditor: Citizens Bank NA

   Address: PO Box 2800
   Glen Allen, VA 23059

   Arrearage/ Payoff on Petition Date  60,000 / 266,351.77
   [Select Payment Type]  $0.00  /month

   Account No.: _____

   Other:  Arrears paid at 0% interest, pro rata

   ■ Real Property
     ■ Principal Residence
     ☐ Other Real Property

   Check one below for Real Property:
   ■ Escrow is included in the regular payments
   ☐ The debtor(s) will pay  ☐ taxes  ☐ insurance directly

   Address of Collateral:
   2339 Monroe St
   Madison, WI 53711

   ☐ Personal Property/Vehicle
   Description of Collateral:

---

2. Creditor: Dane County Treasurer

   Address: P.O. Box 1299
   Madison WI 53701

   Arrearage/ Payoff on Petition Date  $402.52
   [Select Payment Type]  $0.00  /month

   Account No.: _____

   Other:  Real Estate Taxes - Paid at 12% interest, pro rata

   ■ Real Property
     ☐ Principal Residence
     ☐ Other Real Property

   Check one below for Real Property:
   ☐ Escrow is included in the regular payments
   ☐ The debtor(s) will pay  ☐ taxes  ☐ insurance directly

   Address of Collateral:
   2339 Monroe St
   Madison, WI 53711

   ☐ Personal Property/Vehicle
   Description of Collateral:

---

3. Creditor: Santander Consumer USA

   Address: 1601 Elm Street, Suite 800
   Dallas TX 75201

   Arrearage/ Payoff on Petition Date  33,735.12
   [Select Payment Type]  $0.00  /month

   Account No.:  9135

   Other:  10.25% interest, to be paid in equal monthly payments of $734 for 59 months

---

| ☐ Real Property | Check one below for Real Property: |
|---|---|
| ☐ Principal Residence | ☐ Escrow is included in the regular payments |
| ☐ Other Real Property | ☐ The debtor(s) will pay ☐ taxes ☐ insurance directly |

Address of Collateral:

☒ Personal Property/Vehicle

Description of Collateral: 2019 BMW   5UXKR0C59H0U51816

**B. VALUATION OF COLLATERAL:** ☐ NONE

IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED UPON YOU PURSUANT TO BR 7004 AND LR 3015-1.

1. **REAL PROPERTY:** ☒ NONE
2. **VEHICLES(S):** ☒ NONE
3. **PERSONAL PROPERTY:** ☒ NONE

**C. LIEN AVOIDANCE** ☒ NONE

**D. SURRENDER OF COLLATERAL:** Secured claims filed by any creditor granted stay relief in this section shall not receive a distribution fom the Chapter 13 Trustee.

☒ NONE

**E. DIRECT PAYMENTS SECURED CLAIMS:**

☐ NONE

☒ The debtor(s) elect to make current payments directly to each secured creditor listed below. Nothing herein is intended to terminate or abrogate the debtor(s)' state law contract rights.

| | Name of Creditor | Last 4 Digits of Account No. | Description of Collateral (Address, Vehicle, etc.) |
|---|---|---|---|
| 1. | Citizens Bank | | 2339 Monroe St. Madison, WI 53711 |
| 2. | UW Credit Union | 9203 | 2339 Monroe St. Madison, WI 53711 |

**IV. TREATMENT OF FEES AND PRIORITY CLAIMS** [as defined in 11 U.S.C. §507 and 11 U.S.C. § 1322(a)(4)]

A. **ADMINISTRATIVE FEES OTHER THAN DEBTORS(S)' ATTORNEY'S FEE:** ☒ NONE

B. **PRIORITY TAX CLAIMS:** ☒ NONE

C. **DOMESTIC SUPPORT OBLIGATION(S):** ☒ NONE

D. **OTHER:** ☒ NONE

**V. TREATMENT OF UNSECURED NONPRIORITY CREDITORS**

A. Pay  $0.00  /month

Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

B. ☐ If checked, the Debtor(s) will amend/modify to pay 100% to all allowed unsecured nonpriority claims.

C. **SEPARATELY CLASSIFIED:** ☐ NONE

| 1. Name of Creditor: Educators Credit Union |
|---|
| Payment Address: 1326 Willow Road, Mt. Pleasant, WI 53177 |
| Account No.:             7380 |
| Basis for Separate Classification  1322(b)(1) Joint Debtor's Mother is co-signer on loan |
| Payable     $60.58     /month |

*Debtor(s) certify the separate classification(s) of the claim(s) listed above will not prejudice other unsecured nonpriority creditors pursuant to 11 U.S.C. § 1322.

**VI.** **EXECUTORY CONTRACTS AND UNEXPIRED LEASES**: Secured claims filed by any creditor/lessor granted stay relief in this section shall not receive a distribution from the Chapter 13 Trustee.

☐ NONE

☒ Unless provided for under a separate section, the debtor(s) request that upon confirmation of this plan, the automatic stay be terminated in rem as to the debtor(s) and in rem and in personam as to any codebtor(s) as to these creditors/lessors. Nothing herein is intended to terminate or abrogate the debtor(s)' state law contract rights.

| Name of Creditor | Collateral | Acct. No. | Assume/Reject |
|---|---|---|---|
| 1. AT&T | Cell Phone Contract | | ☒ Assume  ☐ Reject |

**VII.** **INCOME TAX RETURNS AND REFUNDS:** ☐ NONE

☒ Debtor(s) will not provide tax returns unless requested by any interested party pursuant to 11 U.S.C. § 521.

☐ The debtor(s) is hereby advised that the chapter 13 trustee has requested that the debtor(s) comply with 521(f) 1-4 on an annual basis during the pendency of this case. The debtor(s) will not provide tax returns unless requested by any interested party pursuant to 11 USC 521. If returns are requested, the debtor(s) hereby acknowledge that the deadline for providing the Trustee with their filed tax returns is on or before May 15 of each year the case pending.

**VIII.** **NON-STANDARD PLAN PROVISIONS** ☒ NONE

**PROPERTY OF THE ESTATE WILL VEST IN THE DEBTOR(S) UPON PLAN CONFIRMATION.**

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

|  Debtor  |  Date  |  Joint Debtor  |  Date  |
|---|---|---|---|
| William M. Webster | | Laura L. Webster | |

_[signature]_  9/18/23

Attorney with permission to sign on Debtor(s)' behalf     Date

**By filing this document, the Attorney for Debtor(s) or Debtor(s), if not represented by counsel, certifies that the wording and order of the provisions in this Chapter 13 plan are identical to those contained in Local Form Chapter 13 Plan and the plan contains no nonstandard provisions other than those set out in paragraph VIII.**

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

In Re:

William M Webster
Laura L Webster

Case No. 23-11173

Debtor(s)

## NOTICE OF DEBTORS' REQUEST TO AMEND UNCONFIRMED CHAPTER 13 PLAN

**PLEASE TAKE NOTICE** that the above-named Debtors, William & Laura Webster, by their attorneys, Krekeler Law, S.C., have filed papers with the Court requesting to amend their unconfirmed Chapter 13 Plan, a copy of which is attached hereto and incorporated herein.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the court to eliminate or change your claim, then on or before **twenty-one days (21 Days)** from the date of this Notice you or your attorney must:

File with the court a written objection and request for hearing, explaining your objection to Debtors' Request to Amend Unconfirmed Chapter 13 Plan at:

United States Bankruptcy Court
120 North Henry Street
Madison, WI 53703

If you mail your objection to the court for filing, you must mail it early enough so the court will **receive** it on or before the date stated above.

You must also mail a copy to:

Attorney Noe J. Rincon
Krekeler Law S.C.
26 Schroeder Ct., Ste. 300
Madison, WI 53711

U.S. Trustee
780 Regent Street, Suite 304A
Madison, WI 53715

If you or your attorney does not take these steps, the court may decide that you do not oppose the Debtors' Request to Amend Unconfirmed Chapter 13 Plan and, therefore, may enter an order granting said Third Amended Chapter 13 Plan.

Dated this 18th day of September, 2023.

**KREKELER LAW, S.C.**

By: _____
Noe J. Rincon
State Bar No. 1124893
Attorneys for Debtors,
*William & Laura Webster*

**ADDRESS:**
26 Schroeder Ct., Ste. 300
Madison, WI 53711
(608) 258-8555
nrincon@ks-lawfirm.com

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

In Re:

William M Webster
Laura L Webster

Case No. 23-11173

Debtor(s)

**AFFIDAVIT OF MAILING**

STATE OF WISCONSIN )
                              ) ss.
COUNTY OF DANE )

      The undersigned, being first duly sworn on oath, deposes and says that on the September 18, 2023, the Debtors' Request to Amend Unconfirmed Chapter 13 Plan, Notice of Request and Third Amended Chapter 13 Plan were electronically filed with the Clerk of Court and served upon the United States Trustee, the Debtors' attorney, and any other person designated by the Court using the ECF system.

      The undersigned, being first duly sworn on oath, deposes and says that on the September 18, 2023, the undersigned mailed, properly enclosed in a postpaid envelope, a copy of the Debtors' Request to Amend Unconfirmed Chapter 13 Plan, Notice of Request and Third Amended Chapter 13 Plan to all on the attached list and to:

      William & Laura Webster
      2339 Monroe St.
      Madison, WI 53711

_____
Eddie Sanchez

Subscribed and sworn to before me
This 18th day of September, 2023

_____
Rebecca Isige, Notary Public,
State of Wisconsin
My commission expires: 8/30/2025

```
Label Matrix for local noticing          AT&T                                      (p)ASHLEY NELSON
0758-3                                   Bankruptcy Department                     ATTN JILLIAN CAGGIANO
Case 3-23-11173-cjf                      P.O. Box 769                              225 S EXECUTIVE DRIVE
Western District of Wisconsin www.wiwb.uscour  Arlington, TX 76004-0769            SUITE 201
Madison                                                                            BROOKFIELD WI 53005-4257
Mon Sep 18 12:20:18 CDT 2023

Capital One                              Capital One N.A.                          CareCredit
ATTN:  Bankruptcy Dept                   by American InfoSource as agent           P.O. Box 965035
P.O. Box 30285                           PO Box 71083                              Orlando, FL 32896-5035
Salt Lake City, UT 84130-0285            Charlotte, NC  28272-1083


Citizens Bank NA                         Citizens Bank, N.A. f/k/a RBS Citizens N.A   Citizens Bank, N.A. f/k/a RBS Citizens N.A.
PO Box 2800                              c/o Codilis, Moody & Circelli, P.C.       C/O Citizens Bank, N.A.
Glen Allen, VA 23058-2800                15W030 North Frontage Road, Suite 200     10561 Telegraph Rd.
                                         Burr Ridge, IL 60527-6921                 Glen Allen, VA 23059-4577


Codilis, Moody, & Circelli PC            Matthew L. Comella                        Dane County Clerk of Circuit Court
10437 Innovation Dr Ste 253              Codilis, Moody, & Circelli, PC            215 South Hamilton Street
Milwaukee, WI 53226-4839                 10437 Innovation Dr Ste 253               Room 1000
                                         Milwaukee, WI 53226-4839                  Madison, WI 53703-3285


Dane County Treasurer                    (p)DELL FINANCIAL SERVICES                (p)EDUCATORS CREDIT UNION
P.O. Box 1299                            P O BOX 81577                             ATTN BANKRUPTCY DEPT
Madison, WI 53701-1299                   AUSTIN TX 78708-1577                      1326 WILLOW ROAD
                                                                                   MOUNT PLEASANT WI 53177-1917


Bradley J. Halberstadt                   (p)MARK HARRING                           IRS - Centralized Insolvency Operations
Stewart, Zlimen & Jungers, Ltd.          ATTN STANDING TRUSTEE                     P.O. Box 7346
2860 Patton Road                         122 WEST WASHINGTON AVENUE SUITE 500      Philadelphia, PA 19101-7346
Roseville, MN 55113-1100                 MADISON WI 53703-2758


(p)JEFFERSON CAPITAL SYSTEMS LLC         Madison Pediatric Dental & Orthodontics   Net Credit
PO BOX 7999                              100 River Pl #110                         PO Box 206766
SAINT CLOUD MN 56302-7999                Madison, WI 53716-4027                    Dallas, TX 75320-6766


ONEMAIN                                  Office of the United States Trustee       OneMain Financial Group, LLC
P.O. BOX 3251                            780 Regent Street                         601 NW Second Street
EVANSVILLE, IN 47731-3251                Suite 304                                 Evansville, IN 47708-1013
                                         Madison, WI 53715-2635


Quantum3 Group LLC as agent for          Noe Joseph Rincon                         Santander Consumer USA
Credit Corp Solutions Inc                Krekeler Law S.C.                         1601 Elm Street, Suite 800
PO Box 788                               26 Schroeder Court, Suite 300             Dallas, TX 75201-7260
Kirkland, WA  98083-0788                 Madison, WI 53711-2503


Santander Consumer USA Inc               Santander Consumer USA Inc.               Secretary of Treasury
P.O. Box 560284                          c/o Stewart, Zlimen & Jungers, Ltd.       Treasury Department
Dallas, TX 75356-0284                    2860 Patton Road                          1500 Pennsylvania Avenue N.W.
                                         Roseville, MN 55113-1100                  Washington, DC 20220-0001
```

| | | |
|---|---|---|
| Securities and Exchange Commission<br>175 West Jackson Boulevard<br>Suite 900<br>Chicago, IL 60604-2908 | U.S. Trustee's Office<br>780 Regent Street, Suite 304<br>Madison, WI 53715-2635 | UW Credit Union<br>PO Box 44963<br>Madison, WI 53744-4963 |
| UW Health<br>PO Box 620993<br>Middleton, WI 53562-0993 | United States Treasury<br>Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | Unity Point Health<br>1776 West Lakes Parkway<br>Suite 400<br>West Des Moines, IA 50266-8378 |
| UnityPoint Health<br>PO Box 35758<br>Des Moines, IA 50315-0307 | University of Wisconsin Credit Union<br>c/o Darnieder & Sosnay<br>735 N. Water St., Ste. 205<br>Milwaukee, WI 53202-4144 | Upstart<br>PO Box 1503<br>San Carlos, CA 94070-7503 |
| Upstart Network, Inc<br>PO BOX 1931<br>Burlingame, CA 94011-1931 | Laura L Webster<br>2339 Monroe St<br>Madison, WI 53711-1978 | William M Webster<br>2339 Monroe St<br>Madison, WI 53711-1978 |
| Wisconsin Department of Revenue<br>Special Procedures Unit<br>P.O. Box 8901<br>Madison, WI 53708-8901 | Wisconsin Department of Revenue<br>ATTN: Bankruptcy Unit, MS 5-144<br>PO Box 8901<br>Madison, WI 53708-8901 | Wisconsin Dept. of Workforce Development<br>Division of Unemployment Insurance<br>P.O. Box 8914<br>Madison, WI 53708-8914 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Attorney Ashley M. Nelson<br>Dobberstein Law Firm LLC<br>225 S Executive Dr Ste 201<br>PO Box 470<br>Brookfield, WI 53008 | Dell Financial Services<br>PO Box 81577<br>Austin, TX 78708-1577 | (d)Dell Financial Services, LLC<br>Resurgent Capital Services<br>PO Box 10390<br>Greenville, SC 29603-0390 |
| Educators Credit Union<br>1326 Willow Road<br>Mount Pleasant, WI 53177 | (d)Educators Credit Union<br>Attn: Bankruptcy Dept<br>1326 Willow Rd<br>Mt Pleasant, WI 53177 | Mark Harring<br>122 West Washington Ave.<br>Suite 500<br>Madison, WI 53703-2578 |
| Jefferson Capital Systems, LLC<br>PO Box 7999<br>St. Cloud, MN 56302-9617 | | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.