UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WISCONSIN

In re: William M & Laura L Webster　　　　　　　　　　Case No. 23-11173-13

　　　　　　Debtor(s)

TRUSTEE'S RECOMMENDATION OF AMENDED CHAPTER 13 PLAN and AMENDED SCHEDULE

Mark Harring, Standing 13 Trustee, by his attorney, recommends confirmation of the Third Amended Chapter 13 Plan and Request to Amend Unconfirmed Plan filed as Document #31 on 9/18/2023 together with Amended Schedule J filed as Document #32 and states as follows:

1. Plan is amended to increase plan payments from $1778/mo to $2019/mo for the final 59 months of a 60 month plan. The amended budget supports the debtors' ability to make the higher payments, providing the additional funds required to mantain feasibility.

2. Plan is amended to adjust treatment of a secured obligation due Santander Consumer USA with a balance of $33,735.12, interest rate of 10.25% and equal monthly payments of $734. The creditor objection has been withdrawn.

3. A proposed Confirmation Order will be sent to the Court for signing. The 10/2/2023 confirmation hearing may be removed from the calendar.


Dated:　September 19, 2023

　　　　　　　　　　　　　　　　　　　　　Standing Chapter 13 Trustee

　　　　　　　　　　　　　　　　　　　　　By:　/s/ *Leslie Brodhead Griffith*
　　　　　　　　　　　　　　　　　　　　　Leslie Brodhead Griffith
　　　　　　　　　　　　　　　　　　　　　Attorney for Trustee
　　　　　　　　　　　　　　　　　　　　　122 W Washington Ave, Suite 500
　　　　　　　　　　　　　　　　　　　　　Madison, WI 53703-2758
　　　　　　　　　　　　　　　　　　　　　(608) 256-4320