UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WISCONSIN

---

In re:   William M. Webster, and
         Laura L. Webster,

Debtors.

Case No. 23-11173
Chapter 13

---

## STIPULATION RESOLVING MOTION TO LIFT STAY

---

The Motion for Relief from the Automatic Stay of University of Wisconsin Credit Union, having been filed on January 31, 2024 and the parties desiring to resolve the motion by stipulation, it is hereby stipulated and agreed to as follows:

The Motion for Relief from the Automatic Stay of the Credit Union is denied subject to the conditions stated in this stipulation. The Credit Union is granted a doomsday through July, 2024 as it relates to Debtors' requirement to make timely monthly mortgage payments. Debtors shall pay $4,337.31 by February 29, 2024, which will include the arrearage as well as the regular February monthly payment, and then make regular monthly payments starting with the March, 2024 payment. In the event a monthly payment is not received during the doomsday within the grace period, an affidavit of default shall be

filed with the Court under the 7 Day Rule with the appropriate Order. The Credit Union shall be entitled to renew this motion at any time after the doomsday. The Credit Union shall be entitled to file a supplemental claim for costs and attorney fees of $300.00 if the $4,337.31 payment is not received by February 29, 2024. Such claim shall be paid in full under the plan.

Mark C. Darnieder, Jr. - State Bar No. 1091225
Darnieder & Sosnay
735 N. Water St., Suite 205
Milwaukee, WI 53202
Phone: (414) 277-1400
Fax: (414) 277-7087
E-Mail: mcdjr@dwdglaw.com

Dated this _14_ day of February, 2024.

_(signature)_

Noe Joseph Rincon
Debtor's Attorney


Dated this _14_ day of February, 2024.

_(signature)_

Mark C. Darnieder, Jr.
Attorney for University of Wisconsin Credit Union


Dated this _14th_ day of February, 2024.

_(signature)_

Mark Harring
Trustee
By: _Leslie Brodhead Griffith_


2